UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LACEY PEACOCK, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.                                          Case No.   3:19-cv-303-J-32JRK

NCC BUSINESS SERVICES, INC.
and BENTLEY GREEN
APARTMENTS INVESTORS LLC,

    Defendants.

_____

**O R D E R**

    Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 23), filed on September 30, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 30th day of September, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:

Counsel of record